1  Bird & Van Dyke, Inc.
2  A Professional Law Corporation
   David S. Van Dyke, CABN 154402
3  Mary Ann F. Bird, CABN 206770
   2111 W. March Lane
4  Suite B300
   Stockton, CA 95207
5  Telephone    209.414.3266
6  Facsimile    209.414.3268
   Attorneys for Defendant ENRIQUE NAVARRO VILLA
7

8                  UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 THE UNITED STATES OF AMERICA,        Case No.: 2:23 CR 00113 DJC; 2:23 CR 00073
                                        DJC
12          Plaintiff,

13 vs.                                  STIPULATION AND ORDER TO
                                        CONTINUE JUDGMENT AND
14 ENRIQUE NAVARRO VILLA,               SENTENCING HEARING

15          Defendant.

16

17                          **STIPULATION**

18

19 Plaintiff, United States of America, by and through its counsel of record, Assistant United States

20 Attorney Robert Abendroth, and the Defendant, by and through his counsel of record, Mary Ann

21 F. Bird, hereby stipulate as follows:

22

23    1. On January 23, 2025, Defendant pled guilty to Count 3 of the Indictment under docket

24       2:23 CR 00113 and to Count 6 of the Indictment under docket 2:23 CR 00073. The

25       matters was referred to the Probation Office for preparation of the pretrial investigation

26       reports for both dockets. The matters are presently set for judgment and sentencing on

27       May 1, 2025.

28

BIRD & VAN DYKE, INC.
STIPULATION AND ORDER RE: RESETTING OF JUDGMENT AND SENTENCING
PAGE: 1

2. Defense notified the Government of the need for additional time to gather, analyze and present information relevant to the Court's consideration of the 18 U.S.C 3553(a) factors before the imposition of sentence. Having considered defense counsel's request, the Government has no opposition to the requested date. Similarly, US Probation also has no opposition to this request.

3. Therefore, by this stipulation, defense respectfully requests that this Court continue the judgment and sentencing hearing until August 14, 2025 at 10:00 AM.

4. The parties further agree and stipulate to the following:

      a)      July 03, 2025: Draft PSR

      b)      July 17, 2025: Informal objections

      c)      July 24, 2025: Final PSR

      d)      July 31, 2025: Corrections

      e)      August 7, 2025: Replies

5. Because the Defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

BIRD & VAN DYKE, INC.
STIPULATION AND ORDER RE: RESETTING OF JUDGMENT AND SENTENCING
PAGE: 2

IT IS SO STIPULATED.                    Respectfully submitted,

Dated: April 7, 2025                    MICHELE BECKWITH
                                        Acting United States Attorney

                                        ___/s/ Robert Abendroth_____
                                        ROBERT ABENDROTH
                                        Assistant United States Attorney

Dated: April 7, 2025                    ___/s/ Mary Ann F. Bird_____
                                        MARY ANN F. BIRD
                                        Attorney for ENRIQUE NAVARRO VILLA

## FINDINGS AND ORDERS

The Court hereby continues the judgment and sentencing hearing to August 14, 2025 at 9:00 AM. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset according to the parties' stipulation.

IT IS SO ORDERED.

Dated:  April 7, 2025                   /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE