ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-00073 DJC-6 |
|---|---|
|                             Plaintiff, | 2:23-CR-00113 DJC-2 |
| v. | STIPULATION TO RESET JUDGMENT AND SENTENCING HEARING AND ORDER |
| ENRIQUE NAVARRO-VILLA, | |
|                             Defendant. | |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Robert Abendroth, together with Mary Ann F. Bird counsel for defendant, Enrique Navarro-Villa, hereby stipulate as follows:

1.      Following a guilty plea, a final Presentence Investigation Report has issued in these matters.  These matters are presently set for judgment and sentencing on May 7, 2026.

2.      Defense and the Government need for additional time to gather, analyze and present information relevant to the Court's consideration of the 18 U.S.C 3553(a) factors before the imposition of sentence. Having considered the parties' request, U.S. Probation also has no opposition to this request.

3.      Therefore, by this stipulation, the parties respectfully request that this Court continue the judgment and sentencing hearing until June 4, 2026, at 9:00 AM.

STIPULATION TO RESET JUDGMENT AND SENTENCING HEARING

1

4.    All previous dates for the preparation of the Presentence Report, Objections and Responses have been completed.

5.    Because the Defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

IT IS SO STIPULATED.

Dated:  April 30, 2026                              ERIC GRANT
                                                    United States Attorney

                                                    /s/ ROBERT ABENDROTH
                                                    ROBERT ABENDROTH
                                                    Assistant United States Attorney

Dated:  April 30, 2026                              /s/ Mary Ann F. Bird
                                                    MARY ANN F. BIRD
                                                    Counsel for Defendant
                                                    ENRIQUE NAVARRO-VILLA

**ORDER**

At the request of the parties in this matter, and for good cause, judgment and sentencing in this matter set for May 7, 2026, is VACATED, and this matter is RESET for judgment and sentencing on June 4, 2026, at 9:00 a.m.

SO ORDERED this 1st day of May, 2026.

                                                    /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE

STIPULATION TO RESET JUDGMENT AND SENTENCING HEARING